UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

## COVER SHEET FOR AMENDMENTS

CASE NAME      Karen A Fitzpatrick

CASE NUMBER     08-70406

The enclosed documents amend the petition, schedule, statement of financial affairs, statement of income and expenses, matrix or summary of assets and liabilities.

**The purpose of this amendment is to**:

[ ]    Add creditors to schedule(s) _____ How many? _____
(Use second page of this form to list creditors added).

     [ ]    **$26.00 Amendment Fee**. This fee is required whenever you add creditors to a case, delete creditors, change the amount of a debt or change the classification of a debt. The fee is not required when correcting addresses of previously listed creditors. It is not required when new schedules are filed in a converted case.

[ ]    Correct the addresses of creditors already listed on the schedules and matrix previously filed. (Use second page of this form).

[ X ]    Other (Provide detail of Amendment) Amend Schedules I & J to refelct current monthly income and expenses, respectively

[ X ]    **Amend Schedules and list of creditors**. Schedules must be verified by the debtor(s).

[ ]    **Amend Matrix.** Please do not send a matrix adding creditors to a case unless you also send the amended schedules. Do not send a new matrix to correct an address. Use the second page of this form. Pursuant to L.B.R. 1007-2 & 1009-1 an amendment to a matrix filed by a debtor without an attorney must have a complete paper copy attached to this form. Electronic files must upload creditors to the ECF system.

**NOTE**:    LBR 1009-1(B) requires the debtor to serve a copy of the amendment and the coversheet on the trustee and all other entities affected by the amendment.

### CORRECTIONS AND ADDITIONS TO MAILING MATRIX

Use this section of the form to make corrections to the names and addresses of any creditors or parties in interest who are listed on the current matrix of the case.

**NAME OF CREDITOR** (As is now appears)              _____

Previous address:                                Please change to:

**NAME OF CREDITOR** (As is now appears)             _____

Previous address:

|                                            | Please change to:                          |
|--------------------------------------------|--------------------------------------------|

Use this section of the form to **IDENTIFY** creditors added to the schedules and matrix.

**NAME OF CREDITOR** (As it now appears): _____
(Please print)
Address _____

**NAME OF CREDITOR** (As it now appears): _____
(Please print)
Address _____

**FOR ADDITIONAL CHANGES COPY THIS SHEET AND CONTINUE**

Signature:   /s/ Ronald S Siegel (P34082)
Ronald S Siegel
RONALD S SIEGEL, PC
Attorney for debtor
30150 Telegraph Rd Ste 444
Bingham Farms MI 48025
248.646.4600
ron@siegelpc.com

I do hereby affirm under penalty of perjury that I have read the foregoing form, *Coversheet for Amendments*, and all pleadings and attachments thereto, and do hereby affirm that the information contained therein is true and accurate to the best of my knowledge, information and belief.

Signature:   /s/ Karen A Fitzpatrick
Karen A Fitzpatrick, debtor

B6I (Official Form 6I) (12/07)

In re **Karen A Fitzpatrick**     Case No. **08-70406**
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Divorced** | RELATIONSHIP(S):<br>son<br>son | AGE(S):<br>19<br>6 |

| **Employment:** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **project manager** | |
| Name of Employer | **EDS** | |
| How long employed | **13 yrs** | |
| Address of Employer | **5400 Legacy Drive**<br>**Plano, TX 75024** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **6,378.00** | $ **N/A** |
| 2. Estimate monthly overtime | $ **0.00** | $ **N/A** |
| 3. SUBTOTAL | $ **6,378.00** | $ **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ **1,178.00** | $ **N/A** |
|    b. Insurance | $ **786.00** | $ **N/A** |
|    c. Union dues | $ **0.00** | $ **N/A** |
|    d. Other (Specify): **401k loan repayment** | $ **852.00** | $ **N/A** |
| | $ **0.00** | $ **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **2,816.00** | $ **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **3,562.00** | $ **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **N/A** |
| 8. Income from real property | $ **0.00** | $ **N/A** |
| 9. Interest and dividends | $ **0.00** | $ **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **N/A** |
| 11. Social security or government assistance (Specify): | $ **0.00** | $ **N/A** |
| | $ **0.00** | $ **N/A** |
| 12. Pension or retirement income | $ **0.00** | $ **N/A** |
| 13. Other monthly income (Specify): | $ **0.00** | $ **N/A** |
| | $ **0.00** | $ **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **0.00** | $ **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **3,562.00** | $ **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ **3,562.00** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**B6J (Official Form 6J) (12/07)**

In re  **Karen A Fitzpatrick**                             Case No. **08-70406**
                               Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

   Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 1,277.00 |
|   a. Are real estate taxes included?    Yes **X**   No ___ | |
|   b. Is property insurance included?    Yes **X**   No ___ | |
| 2. Utilities:  a. Electricity and heating fuel | $ 300.00 |
|     b. Water and sewer | $ 60.00 |
|     c. Telephone | $ 100.00 |
|     d. Other **cable tv, internet** | $ 100.00 |
| 3. Home maintenance (repairs and upkeep) | $ 50.00 |
| 4. Food | $ 550.00 |
| 5. Clothing | $ 100.00 |
| 6. Laundry and dry cleaning | $ 75.00 |
| 7. Medical and dental expenses | $ 0.00 |
| 8. Transportation (not including car payments) | $ 250.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 75.00 |
| 10. Charitable contributions | $ 20.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|     a. Homeowner's or renter's | $ 0.00 |
|     b. Life | $ 0.00 |
|     c. Health | $ 0.00 |
|     d. Auto | $ 100.00 |
|     e. Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) _____ | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|     a. Auto | $ 0.00 |
|     b. Other _____ | $ 0.00 |
|     c. Other _____ | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 1,250.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other **personal grooming; haircuts; toiletries** | $ 100.00 |
|     Other _____ | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 4,407.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a.  Average monthly income from Line 15 of Schedule I | $ 3,562.00 |
| b.  Average monthly expenses from Line 18 above | $ 4,407.00 |
| c.  Monthly net income (a. minus b.) | $ -845.00 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE:

| | |
|---|---|
| Karen A Fitzpatrick | CHAPTER 13 |
| | CASE NO: 08-70406 |
| Debtor | JUDGE: Rhodes |

### CERTIFICATE OF SERVICE

    I hereby certify that on September 16, 2009 I electronically filed the foregoing paper(s) with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Krispen Carroll, notice@det13ksc.com

and I hereby certify that I have mailed by United States Postal Service the paper(s) to the following non-ECF participants:

Karen A Fitzpatrick 508 N Alexander Royal Oak MI 48067

/s/ Ronald S Siegel
Ronald S Siegel (P34082)
RONALD S SIEGEL, PC
30150 Telegraph Rd Ste 444
Bingham Farms MI 48025
248.646.4600
ron@siegelpc.com