**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

IN THE MATTER OF:                          CHAPTER 13
                                           CASE NO. 08-70406-SWR
KAREN A FITZPATRICK,                       JUDGE STEVEN W RHODES
Debtor.
_____/

### TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

NOW COMES the Chapter 13 Trustee, Krispen S. Carroll, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to E. D. Mich. LBR 3015-3(a) as follows:

1. Trustee requires a copy of debtor's Judgment of Divorce.

2. Trustee objects to debtor's failure to list the domestic support creditor on Schedule E and the Chapter 13 mailing matrix.

3. Trustee objects to the changes made in Part II.F.1 of the Chapter 13 Plan which contradicts other language in that paragraph.

4. The Trustee requests that debtor's counsel file a Fee Application.

5. The Trustee objects to debtor's attorney's fee as being inconsistent between the debtor's Chapter 13 Plan, paragraph 9 of the Statement of Financial Affairs and the amended 2016(b) Statement.

6. Trustee requires a Payment Order and an amended Schedule J when the domestic support obligation ends and debtor's payment increases to $202.50 semi-monthly.

WHEREFORE, the Chapter 13 Trustee prays this Honorable Court deny confirmation of the debtor's Chapter 13 Plan.

OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
Krispen S. Carroll, Chapter 13 Trustee


November 4, 2009            _____/s/ Margaret Conti Schmidt_____
                           KRISPEN S. CARROLL (P49817)
                           MARGARET CONTI SCHMIDT (P42945)
                           MARIA GOTSIS (P67107)
                           719 Griswold Street
                           1100 Dime Building
                           Detroit, MI  48226
                           (313) 962-5035
                           notice@det13ksc.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

IN THE MATTER OF:                                    CHAPTER 13
                                                     CASE NO. 08-70406-SWR
KAREN A FITZPATRICK,                                 JUDGE STEVEN W RHODES
Debtor.
_____/

### CERTIFICATE OF MAILING

    I hereby certify that on the date indicated below, I electronically filed **TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

RONALD S SIEGEL
30150 TELEGRAPH #444
BIRMINGHAM, MI  48025-4549

and I hereby certify that I have mailed by United States Postal Service the above mentioned documents to the following non-ECF participants:

KAREN A FITZPATRICK
508 N ALEXANDER
ROYAL OAK, MI  48067-0000

November 6, 2009                 _____/s/ Barbara A. Ecclestone_____
                                 Barbara A. Ecclestone
                                 For the Office of the Chapter 13 Trustee-Detroit
                                 719 Griswold Street
                                 1100 Dime Building
                                 Detroit, MI  48226
                                 (313) 962-5035
                                 notice@det13ksc.com